KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB

| | |
|---|---|
| IN THE MATTER OF:<br><br>Bradley E. Boyle<br><br>Laurie S. Boyle<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 17-18935 JKS<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:
Bradley E. Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Laurie S. Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Scott D. Sherman
 33 Clinton Road
Suite 105
West Caldwell, NJ 07006

Marie-Ann Greenberg
30 Two Bridges Road; Suite 330 (VIA ECF)
Fairfield, NJ 07004

Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102

PLEASE TAKE NOTICE THAT the undersigned attorney for **CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **U. S. Courthouse, 50 Walnut Street; Newark, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.  Costs and counsel fees will also be requested.  The property involved is known as **282 Wax Myrtle Trail, Southern Shores NC 27949**.  The hearing on this matter is scheduled for **September 14, 2017** at **11:00**

**AM**.

Dated:  August 23, 2017 **/s/Denise Carlon, Esq.**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for CIT Bank, N.A., fka One West Bank, N.A.,
fka One West Bank, FSB