**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| LAURIE S BOYLE<br>BRADLEY E BOYLE, | Case No.:  17-18935 JKS |
| Debtors |  |

### NOTICE OF RESERVE ON CLAIM

Creditor:            BBG RESTAURANT LLC
Trustee Claim #:     39
Claimed Amount:      $29,602.67
Date Claim Filed:    09/11/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim filed with no recorded mortgage attached.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  September 14, 2017

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

LAURIE S BOYLE
BRADLEY E BOYLE
57 SLEEPY HOLLOW ROAD
ANDOVER, NJ    07821

SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ    07006

BBG RESTAURANT LLC
60 CANFIELD AVE
RANDOLPH, NJ    07869