

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB | Order Filed on November 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br>    Laurie S. Boyle,<br>        Bradley E. Boyle<br>Debtors. | Case No.: <u>17-18935 JKS</u><br><br>Adv. No.:<br><br>Hearing Date: 9/14/2017<br><br>Judge: <u>John K. Sherwood</u> |

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 16, 2017**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 282 Wax Myrtle Trail, Southern Shores, NC, 27949, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott D. Sherman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 31, 2017, Debtors are due for the installment due October 1, 2017 for a total default of $1,786.79 (remaining balance for October payment of $2,026.06); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,786.79 in a lump sum directly to Secured Creditor no later than November 15, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume November 1, 2017, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.