45496
Morton & Craig, LLC.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Dealer Services
JM5630_____

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:   LAURIE S. BOYLE         BRADLEY E. BOYLE | CHAPTER 13 CASE NO.: 17-18935 (JKS) HEARING DATE: |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, Inc. hereby enters its

appearance and the law firm of Morton & Craig, LLC.Esquire, pursuant to Fed R Bankr P

9010, hereby enters their appearance as attorneys for Wells Fargo Bank, N.A., d/b/a

Wells Fargo Dealer Services, Inc. with regard to all matters and proceedings in the above

captioned case, showing counsel's name, office address and telephone number as

follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, Inc. pursuant to Fed R

Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P

2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be

provided only to committees appointed pursuant to the Bankruptcy Code or their

authorized agents, be given to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer

Services, Inc. by due service upon its undersigned attorneys, Morton & Craig, LLC., at

the address stated above and also to it at the following address:

Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Dealer Services
1451 Thomas Langston Rd.
Winterville, NC 28590

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, Inc.  pursuant to Fed R

Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by

any party be duly served upon it and its undersigned attorneys.


/s/   John R. Morton, Jr.____
John R. Morton, Jr., Esquire
Attorney For Wells Fargo Bank, N.A., d/b/a/ Wells Fargo Dealer
Services