SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 17-18935

| Re: | LAURIE S BOYLE | Atty: | SCOTT D. SHERMAN ESQ |
|---|---|---|---|
|  | BRADLEY E BOYLE |  | MINION & SHERMAN |
|  | 57 SLEEPY HOLLOW ROAD |  | 33 CLINTON ROAD, SUITE 105 |
|  | ANDOVER, NJ 07821 |  | WEST CALDWELL, NJ 07006 |

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/30/2017 | $2,500.00 | 4084397000 - | 07/31/2017 | $2,500.00 | 4163363000 - |
| 08/21/2017 | $2,500.00 | 4218073000 - | 09/25/2017 | $1,000.00 | 4305868000 - |
| 10/02/2017 | $1,500.00 | 4324578000 - | 10/31/2017 | $2,500.00 | 4401832000 - |
| 12/12/2017 | $1,000.00 | 4514005000 - |  |  |  |

**Total Receipts: $13,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 846.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BERKS CREDIT & COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,971.87 | 0.00% | 0.00 | 0.00 |
| 0004 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARR | 47,137.06 | 100.00% | 0.00 | 0.00 |
| 0005 | CORAY KIRBY | SECURED | 129,865.73 | 100.00% | 0.00 | 0.00 |
| 0006 | CREDIT COLLECTIONS SVC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | RECEIVABLE MANAGEMENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | REMEX INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | US DEPT OF EDUCATION | UNSECURED | 8,209.78 | 0.00% | 0.00 | 0.00 |
| 0017 | NJCLASS | UNSECURED | 10,814.85 | 0.00% | 0.00 | 0.00 |
| 0018 | STATE OF NJ | PRIORITY | 45,704.76 | 0.00% | 0.00 | 0.00 |
| 0019 | STATE OF NJ | UNSECURED | 4,137.68 | 0.00% | 0.00 | 0.00 |
| 0021 | HESAA | UNSECURED | 8,549.03 | 0.00% | 0.00 | 0.00 |
| 0022 | WAASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 555.24 | 100.00% | 0.00 | 0.00 |
| 0027 | STATE OF NJ | SECURED | 30,609.05 | 0.00% | 0.00 | 0.00 |
| 0028 | CIT BANK NA | MORTGAGE ARR | 18,352.76 | 0.00% | 0.00 | 0.00 |
| 0029 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 224.71 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-18935**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,408.74 | 0.00% | 0.00 | 0.00 |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 762.40 | 0.00% | 0.00 | 0.00 |
| 0033 | CARMEN PIO COSTA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | COMERICA BANK | UNSECURED | 601,248.46 | 0.00% | 0.00 | 0.00 |
| 0035 | COMMERCIAL ACCEPTANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | TWO JERSEY BOYS REAL ESTATE HOLDI | UNSECURED | 52,394.00 | 0.00% | 0.00 | 0.00 |
| 0037 | SWIFT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | SWIFT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | BBG RESTAURANT LLC | UNSECURED | 132,388.24 | 0.00% | 0.00 | 0.00 |
| 0040 | CIT BANK NA | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $846.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $13,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $846.00    =    Funds on Hand: $14,154.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.