Order Filed on January 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

```
United States Bankruptcy Court
District of New Jersey
caption in compliance with
D.N.J. LBR 9004-1(b)

Fein, Such, Kahn & Shepard,
P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
TWO JERSEY BOYS REAL ESTATE
HOLDING LLC
JILL A. MANZO, ESQ.
JSM001
bankruptcy@feinsuch.com
```

In Re:

LAURIE S BOYLE and
BRADLEY E BOYLE

Debtor(s)

Case No.: 13

Chapter: 17-18935 JKS

Hearing date: n/a

Judge: Honorable John K. Sherwood

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

**DATED: January 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: LAURIE S BOYLE and BRADLEY E BOYLE
Case No: 17-18935 JKS
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C.** attorneys for the Secured Creditors, **TWO JERSEY BOYS REAL ESTATE HOLDING LLC**, as to certain real property known as **172 LACKAWANNA DRIVE, STANHOPE, NJ 07874** and in the presence of **SCOTT D. SHERMAN, ESQ.**, attorney for the above named Debtors, the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed claim of Creditor, **TWO JERSEY BOYS REAL ESTATE HOLDING LLC**, listed on the Claims Register as claim no. 17, in the amount of **$52,394.00**.

2. The late claim is allowed and Debtors retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtors, any Trustee and other interested parties.

2

Debtors: LAURIE S BOYLE and BRADLEY E BOYLE
Case No: 17-18935 JKS
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

| | |
|---|---|
| Consent to Form and Entry<br>Fein, Such, Kahn & Shepard,<br>P.C. Attorney for the Secured<br>Creditor, **TWO JERSEY BOYS REAL ESTATE HOLDING LLC**<br><br>By: _____<br>JILL A. MANZO, ESQ. | Consent to Form and Entry<br>**SCOTT D. SHERMAN, ESQ.**<br>Attorney for the Debtors,<br>**LAURIE S BOYLE and BRADLEY E BOYLE**<br><br>By: _____<br>SCOTT D. SHERMAN, ESQ. |