United States Bankruptcy Court
District of New Jersey
caption in compliance with
D.N.J. LBR 9004-1(b)

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
TWO JERSEY BOYS REAL ESTATE HOLDING LLC
JILL A. MANZO, ESQ.
JSM001
bankruptcy@feinsuch.com

**Order Filed on January 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

LAURIE S BOYLE and
BRADLEY E BOYLE

Debtor(s)

Case No.: 13

Chapter: 17-18935 JKS

Hearing date: n/a

Judge: Honorable John K. Sherwood

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered (2) through (4), is hereby **ORDERED**.

**DATED: January 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: LAURIE S BOYLE and BRADLEY E BOYLE
Case No: 17-18935 JKS
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of **FEIN, SUCH, KAHN & SHEPARD, P.C.** attorneys for the Secured Creditors, **TWO JERSEY BOYS REAL ESTATE HOLDING LLC**, as to certain real property known as **172 LACKAWANNA DRIVE, STANHOPE, NJ 07874** and in the presence of **SCOTT D. SHERMAN, ESQ.**, attorney for the above named Debtors, the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed claim of Creditor, **TWO JERSEY BOYS REAL ESTATE HOLDING LLC**, listed on the Claims Register as claim no. 17, in the amount of **$52,394.00**.

2. The late claim is allowed and Debtors retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtors, any Trustee and other interested parties.

2

Debtors: LAURIE S BOYLE and BRADLEY E BOYLE
Case No: 17-18935 JKS
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

| Consent to Form and Entry<br>Fein, Such, Kahn & Shepard,<br>P.C. Attorney for the Secured<br>Creditor, **TWO JERSEY BOYS REAL<br>ESTATE HOLDING LLC** | Consent to Form and Entry<br>**SCOTT D. SHERMAN, ESQ.**<br>Attorney for the Debtors,<br>**LAURIE S BOYLE** and<br>**BRADLEY E BOYLE** |
|---|---|
| By: _____<br>    JILL A. MANZO, ESQ. | By: _____<br>    SCOTT D. SHERMAN, ESQ. |

3

United States Bankruptcy Court
District of New Jersey

In re:  
Laurie S Boyle  
Bradley E Boyle  
    Debtors

Case No. 17-18935-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 18, 2018  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db/jdb        +Laurie S Boyle,   Bradley E Boyle,   57 Sleepy Hollow Road,   Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC bankruptcy@feinsuch.com  
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com  
      Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com, donna.curcio@bipc.com  
      Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com  
      Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com  
      Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 12