UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 17-019141
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES

IN RE:

LAURIE S BOYLE AND BRADLEY E. BOYLE, DEBTORS

Order Filed on February 1, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-18935-JKS

JUDGE: JOHN K. SHERWOOD

HEARING DATE: FEBRUARY 8, 2018

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: February 1, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors will apply through Creditor's servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 57 Sleepy Hollow Road, Andover, New Jersey 07821

2. This loan modification review will terminate on April 18, 2018; unless otherwise extended by the Court.

3. If a loan modification is not offered, Debtors must: 1) Modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition and post-petition arrearages, 2) Modify the Chapter 13 Plan to surrender the subject property, or 3) Convert to a Chapter 7 case.

4. Debtors will continue to comply the Loss Mitigation Order entered January 18, 2018; which includes making monthly Adequate Protection Payments to Secured Creditor in the amount of $2,149.51 starting December 1, 2017.

5. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then after notice and a hearing, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____
CHARLES G. WOHLRAB, ESQUIRE
Attorney for the Secured Creditor

_____
SCOTT D SHERMAN, ESQUIRE
Attorney for the Debtors