Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−18935−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Laurie S Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Bradley E Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Social Security No.:
  xxx−xx−3676

  xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/8/18 at 11:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

*51* − Certification in Opposition to (related document:46 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) filed by Creditor CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB) filed by Scott D. Sherman on behalf of Bradley E Boyle, Laurie S Boyle. (Sherman, Scott)

Dated: 2/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court