Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18935−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Laurie S Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Bradley E Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Social Security No.:
xxx−xx−3676

xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/8/18 at 11:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

*51* − Certification in Opposition to (related document:46 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 02/7/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) filed by Creditor CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB) filed by Scott D. Sherman on behalf of Bradley E Boyle, Laurie S Boyle. (Sherman, Scott)

Dated: 2/6/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-18935-JKS
Laurie S Boyle                                                                          Chapter 13
Bradley E Boyle
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 06, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
               MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
               ESTATE HOLDING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
              Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 12