| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **BUCHANAN INGERSOLL & ROONEY PC**<br>Mark Pfeiffer, Esq.<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>Attorneys for Comerica Bank |

| | |
|---|---|
| In Re:<br><br>Laurie S. Boyle<br>and<br>Bradley e. Boyle,<br><br>              Debtors | Chapter 13<br><br>Case No.: 17-18935-JKS |

## CERTIFICATION OF SERVICE

1. I, MARK PFEIFFER:

   ☒ represent the Creditor- Comerica Bank in the above-captioned matter.

   ☐ am the paralegal for ___, who represents ___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 15, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart attached:

   Objection of Comerica Bank to the Debtors' Proposed Chapter 13 Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                                 **BUCHANAN INGERSOLL & ROONEY PC**
                                                                                 *Attorneys for Comerica Bank.*

Dated: February 19, 2018                                By: <u>/s/ Mark Pfeiffer</u>
                                                                                  MARK PFEIFFER, ESQ.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laurie S Boyle<br>57 Sleepy Hollow Road<br>Andover, NJ 07821<br><br>Bradley E Boyle<br>57 Sleepy Hollow Road<br>Andover, NJ 07821 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court*) |
| Scott D. Sherman<br>MINION & SHERMAN<br>33 Clinton Road<br>Suite 105<br>West Caldwell, NJ 07006 | Counsel to Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court*) |
| Office of the U.S. Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>. | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>Notice of Electronic Filing (NEF)<br>☐ Other _____<br>     (as authorized by the court*) |

| | | |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Berks Credit & Collections<br>Po Box 329<br>Temple, PA 19560-0329<br><br>CBK Restaurants LLC<br>57 Sleepy Hollow Road<br>Andover, NJ 07821-3327<br><br>CIT Bank, N.A., fka OneWest Bank, N.A.<br>P.O. Box 9013<br>Addison, Texas 75001-9013<br><br>Capital One<br>Attn: General Correspondence<br>Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285<br><br>Carrington Mortgage Service. LLC<br>Po Box 3489<br>Anaheim, CA 92803-3489<br><br>Coray Kirby<br>91 Phillips Road<br>Newton, NJ 07860-5428<br><br>Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918<br><br>HESAA<br>PO Box 548<br>Trenton, NJ 08625-0548<br><br>Indymac Bank<br>7700 W Parmer Ln<br>Bldg D 2nd Floor | | ☐ Hand-delivered<br>☒Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

Austin, TX 78729-8103

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Jonathan Davis, Esq.
Shapiro & Ingle, LLP
10130 Perimeter Parkway,Suite 400
Charlotte, NC 28216-0034

Mark Buday - Investigator
NJ Division of Taxation
Somerville Regional Office
75 Veterans Memorial Dr.  East - Ste 103
Somerville, NJ 08876-2949

NLCLASS
PO Box 548
Trenton, NJ 08625-0548

Navient Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773-9500

OneWest Bank Mortgage Servicing
Attn: Bankruptcy Dept
2900 Esperanza Crossing
Austin, TX 78758-3658

Receivable Management
240 Emery St
Bethlehem, PA 18015-1980

Remex Inc
307 Wall St
Princeton, NJ 08540-1515

State Of NJ Higher Ed
PO Box 543
Trenton, NJ 08625-0543

State Of New Jersey
Division Of Taxation Bankruptcy Unit
Po Box 245
Trenton NJ 08646-0245

| | | |
|---|---|---|
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021<br><br>US Dept Of Ed/Great Lakes Higher Education<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121<br><br>Waassociates<br>PO Box 2148<br>Wayne, NJ 07474-2148<br><br>Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer<br>P.O. Box 19657<br>Irvine, CA 92623-9657<br><br>Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | | |
| Via electronic mail:<br><br>Denise E. Carlon on behalf of Creditor CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB<br>dcarlon@kmllawgroup.com,<br>bkgroup@kmllawgroup.com<br><br>Marie-Ann Greenberg<br>magecf@magtrustee.com<br><br>Jill Manzo on behalf of Creditor TWO JERSEY BOYS REAL ESTATE HOLDING LLC<br>bankruptcy@feinsuch.com<br><br>John R. Morton, Jr. on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services<br>ecfmail@mortoncraig.com, | | |

| | | |
|---|---|---|
| mortoncraigecf@gmail.com<br><br>Jonathan C. Schwalb on behalf of Creditor BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC<br>bankruptcy@feinsuch.com<br><br>Jonathan C. Schwalb on behalf of Creditor JESSICA SMITH<br>bankruptcy@feinsuch.com<br><br>Scott D. Sherman on behalf of Debtor Laurie S Boyle<br>ssherman@minionsherman.com<br><br>Scott D. Sherman on behalf of Joint Debtor Bradley E Boyle<br>ssherman@minionsherman.com<br><br>U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov<br><br>Charles G. Wohlrab on behalf of Creditor WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES<br>cwohlrab@logs.com,<br>njbankruptcynotifications@logs.com<br><br>Michael L. Wojcik on behalf of Creditor Coray Kirby<br>mlwojcik@embarqmail.com | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.