UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45496
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

Order Filed on February 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

LAURIE BOYLE
BRADLEY BOYLE

Case No.: 17-18935

Adv. No.:

Hearing Date: 1-25-18

Judge: JKS

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Laurie and Bradley Boyle**
**17-18935(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, with the appearance of Scott Sherman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services is the holder of a first purchase money security interest encumbering a 2013 Toyota Highlander bearing vehicle identification number 5TDDK3EH1DS204353 (hereinafter the "vehicle").

2. The debtors shall make the January 2018 contract payment to Wells Fargo by 1-31-18. Thereafter, the debtors shall make all retail installment contract payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services when due, being the 1st day of each month. In the event the debtors fails to make the January payment by 1-31-17, or any other payment for a period of 30 days after it falls due, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Laurie S Boyle  
Bradley E Boyle  
    Debtors

Case No. 17-18935-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 20, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.  
db/jdb        +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

     Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com, njbankruptcynotifications@logs.com  
     Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Jill Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC bankruptcy@feinsuch.com  
     John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
     Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com  
     Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com, donna.curcio@bipc.com  
     Michael L. Wojcik    on behalf of Creditor Coray Kirby mlwojcik@embarqmail.com  
     Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com  
     Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 12