UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CIT Bank

In Re:

Laurie Boyle & Bradley Boyle,

Debtors.

Case No.:      17-18935-JKS

Chapter:            13

Hearing Date:    3/22/2018

Judge:          Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Creditor's Certification of Default (Docket # 46)

_____

Date: 3/21/2018                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*