UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856

**Order Filed on May 4, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

LAURIE BOYLE
BRADLEY BOYLE
                    DEBTOR

Case No.:      17-18935

Chapter:          13

Judge:         SHERWOOD

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 4, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/18/2018_____ :

Property:    57 Sleepy Hollow Road, Andover, NJ 07821

Creditor:    Wells Fargo/Carrington

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/26/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18935-JKS
Laurie S Boyle                                                          Chapter 13
Bradley E Boyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1        Date Rcvd: May 07, 2018
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db/jdb         +Laurie S Boyle,   Bradley E Boyle,   57 Sleepy Hollow Road,   Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
               MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
               ESTATE HOLDING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
              Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12