| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br>  LAURIE S BOYLE<br>  BRADLEY E BOYLE | |

Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-18935

Hearing Date:  06/14/2018

Judge:  JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 21, 2018

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  LAURIE S BOYLE
            BRADLEY E BOYLE
Case No.:  17-18935JKS

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 06/14/2018 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/14/2018 of the plan filed on 01/22/2018, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 07/06/2018 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.