| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 21, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    LAURIE S BOYLE<br>    BRADLEY E BOYLE | Case No.:  17-18935<br><br>Hearing Date:  06/14/2018<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 21, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): LAURIE S BOYLE
BRADLEY E BOYLE

Case No.: 17-18935JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/14/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/14/2018 of the plan filed on 01/22/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 07/06/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Laurie S Boyle  
Bradley E Boyle  
    Debtors

Case No. 17-18935-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 21, 2018  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db/jdb    +Laurie S Boyle,   Bradley E Boyle,   57 Sleepy Hollow Road,   Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:  
    Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com, njbankruptcynotifications@logs.com  
    Denise E. Carlon   on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jill Manzo   on behalf of Creditor   TWO JERSEY BOYS REAL ESTATE HOLDING LLC bankruptcy@feinsuch.com  
    John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
    Jonathan C. Schwalb   on behalf of Creditor   JESSICA SMITH bankruptcy@feinsuch.com  
    Jonathan C. Schwalb   on behalf of Creditor   BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Mark D. Pfeiffer   on behalf of Creditor   Comerica Bank mark.pfeiffer@bipc.com, donna.curcio@bipc.com  
    Michael L. Wojcik   on behalf of Creditor Coray Kirby mlwojcik@embarqmail.com  
    Rebecca Ann Solarz   on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB rsolarz@kmllawgroup.com  
    Scott D. Sherman   on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com  
    Scott D. Sherman   on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 13