Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18935−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Laurie S Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Bradley E Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Social Security No.:
xxx−xx−3676                                              xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 31, 2017 and a confirmation hearing on such Plan has been scheduled for July 31, 2017.

The debtor filed a Modified Plan on July 5, 2018 and a confirmation hearing on the Modified Plan is scheduled for August 9, 2018 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 6, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18935-JKS
Laurie S Boyle                                                        Chapter 13
Bradley E Boyle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 06, 2018
                              Form ID: 186             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
cr             +Comerica Bank,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 Two Liberty Place,    50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,     1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517061432      +BBC RESTAURANT LLC,    60 Canfield Ave.,    Randolph, NJ 07869-1826
516802125      +CBK Restaurants LLC,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
516847617      +CIT Bank, N.A.,    fka OneWest Bank, N.A.,,    P.O. Box 9013,    Addison, Texas 75001-9013
517197510      +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516802124      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517057308      +Comerica Bank,   c/o Mark Pfeiffer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555
516802126      +Coray Kirby,    91 Phillips Road,    Newton, NJ 07860-5428
516831043      +HESAA,    PO Box 548,    Trenton, NJ 08625-0548
516802131      +Jonathan Davis, Esq.,    SHAPIRO & INGLE, LLP,    10130 Perimeter Parkway,    Suite 400,
                 Charlotte, NC 28216-0034
517576508       LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101
517576509      +LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101,
                 LoanCare, LLC, on behalf of CIT Bank, N.,    P.O. Box 37628, Philadelphia, PA 19101-0628
516802132       Mark Buday - Investigator,    NJ Division of Taxation,    Somerville Regional Office,
                 75 Veterans Memorial Dr. East - Ste 103,    Somerville, NJ 08876-2949
516833517      +NLCLASS,    PO Box 548,    Trenton, NJ 08625-0548
516802134      +OneWest Bank Mortgage Servicing,    Attn: Bankruptcy Dept,    2900 Esperanza Crossing,
                 Austin, TX 78758-3658
516802135      +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
516802136      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517451617      +SGP Century LLC,    265 Ryan Street,    South Plainfield, NJ 07080-4208
516802137     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
516802139      +State Of Nj Highed Ed,    Po Box 543,    Trenton, NJ 08625-0543
516802140      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
516913680       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
516802141      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517059892      +Wells Fargo Bank N.A., as Trustee, for Carrington,    C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
516879530       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
516871371       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516802143      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
516802144      +Zipload Inc. d/b/a Salt,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 22:07:10     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 22:07:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:51
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516802122      +E-mail/Text: banko@berkscredit.com Jul 06 2018 22:06:56     Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
516802123      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 22:10:54     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516802127      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 06 2018 22:07:34
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516802129       E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 22:06:54     Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
516802133      +E-mail/PDF: pa_dc_claims@navient.com Jul 06 2018 22:10:54     Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes- Barr, PA 18773-9500
517059546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 22:32:36
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517059555       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 22:10:28
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
516804543      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:39     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516802142      +E-mail/Text: collect@williamsalexander.com Jul 06 2018 22:06:57     Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 06, 2018
                              Form ID: 186             Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061433         BBG RESTAURANT LLC
517077899         TWO JERSEY BOYS REAL ESTATE HOLDING LLC
cr*               Coray Kirby,    91 Phillips Road,    Newton, NJ  07860-5428
516802130*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516802138*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    ABC Licensing,
                   PO Box 245,    Trenton, NJ 08695-0245)
516839126*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
516802128        ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
                                                                                     TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
               MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
               ESTATE HOLDING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13
```