**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-18935 |
| LAURIE BOYLE | Judge: | SHERWOOD |
| BRADLEY BOYLE | | |
| Debtor(s) | | |

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required Date: July 3, 2018

☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SDS    Initial Debtor: /s/ LB    Initial Co-Debtor: /s/ BB

### Part 1:    Payment and Length of Plan

    a.  The debtor shall pay $ 3,000.00 per month to the Chapter 13 Trustee, starting on August 1, 2018 for approximately 46 months.

    b.  The debtor shall make plan payments to the Trustee from the following sources:

        ☒    Future earnings

        ☒    Other sources of funding (describe source, amount and date when funds are available):

$27,250.00  paid in through July 31, 2018;

Assets of CBK Restaurants, LLC are expected to be sold or transferred to creditors in full satisfaction of debts by 9/30/2018.  Most unsecured creditors common to both CBK and Debtors are expected to be satisfied from the proceeds of that sale or transfer outside the bankruptcy plan.  Any net proceeds shall be paid into the plan;

Assets of Zipload, Inc. d/b/a Salt are expected to be listed for sale by April 20, 2019.  Any unsecured creditors of both Zipload and Debtors are expected to be satisfied from the proceeds of that sale outside the bankruptcy plan.  Any net proceeds shall be paid into the plan;

Any unsecured creditors of both Zipload and Debtors and any unsecured creditors of both CBK and Debtors shall also participate in the distribution to general unsecured creditors under this plan pending satisfaction of their claims pursuant to any aforementioned sale.

    c. Use of real property to satisfy plan obligations:

      ☐ Sale of real property
      Description:
      Proposed date for completion: _____

      ☐ Refinance of real property:
      Description:
      Proposed date for completion: _____

      ☒ Loan modification with respect to mortgage encumbering property:
      Description:    57 Sleepy Hollow Rd Andover, NJ
      Proposed date for completion: 11/30/2018

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection ☒ NONE

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

| a. | All allowed priority claims will be paid in full unless the creditor agrees otherwise: | | |
|---|---|---|---|
| Creditor | Type of Priority | Amount to be Paid | |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE | |
| MINION & SHERMAN | ADMINISTRATIVE | $ 1,383.00 (balance of original retainer) + $ 3,000.00 Estimated Supplemental Fees (subject to court approval) | |
| INTERNAL REVENUE SERVICE | TAXES | $5,117.42 (as per POC - Claim #1-1) | |
| STATE OF NEW JERSEY | TAXES | $30,609.05 (as per POC - Claim #4-1) | |
| STATE OF NEW JERSEY | TAXES | $45,704.76 (as per POC - Claim #5-1 ** $22,592.09 will be paid at CBK Sale) | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: | | |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington Mortgage (1st Mortgage) | 57 Sleepy Hollow Rd Andover, NJ | $47,137.06 (Claim #15) | N/A | $47,137.06 (Claim #15) | as per terms of note and mortgage or as may be modified through LMP |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| One West Bank (1st Mortgage) | 282 Wax Myrtle Trail Kitty Hawk, NC | $18,352.76 (Claim #6) | N/A | $18,352.76 (Claim #6) | as per terms of note and mortgage |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

6

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Wells Fargo Dealer Services (PMSI on 2013 Toyota Highlander - Claim #8);  Wells Fargo Dealer Services (PMSI on 2008 Honda Ridgeline - Claim #7)

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than 100% percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Student Loans (Claim #2, 3 & 9) | Non-Dischargeable | as per terms of agreement | as per terms of agreement |

## Part 6:    Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Part 8:    Other Plan Provisions**

### a. Vesting of Property of the Estate

☒ Upon confirmation

☐ Upon discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative (Attorney's Fees)
3) Priority Claims
4) Secured Claims
5) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 5/30/2017

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Modified Plan is being filed to deal with all filed objections and to clarify treatment of all creditors now that the Claims Bar Date has passed. | The plan is being modified to increase distribution to general unsecured creditors and clarify treatment of all creditors |

| Are Schedules I and J being filed simultaneously with this Modified Plan? | ☐ Yes | ☒ No |

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date:  7/5/2018                                /s/ Scott D. Sherman
                                               Attorney for the Debtor

Date:  7/4/2018                                /s/ Laurie Boyle
                                               Debtor

Date:  7/4/2018                                /s /Bradley Boyle
                                               Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date:    7/5/2018                                            /s/ Scott D. Sherman
                                                             Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:    7/4/2018                                            /s/ Laurie Boyle
                                                             Debtor

Date:    7/4/2018                                            /s/ Bradley Boyle
                                                             Joint Debtor

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 17-18935-JKS
Laurie S Boyle                                                             Chapter 13
Bradley E Boyle
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                   Date Rcvd: Jul 06, 2018
                               Form ID: pdf901              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,     Andover, NJ 07821-3327
cr             +Comerica Bank,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 Two Liberty Place,    50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,     1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517061432      +BBC RESTAURANT LLC,    60 Canfield Ave.,    Randolph, NJ 07869-1826
516802125      +CBK Restaurants LLC,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
516847617      +CIT Bank, N.A.,    fka OneWest Bank, N.A.,,    P.O. Box 9013,    Addison, Texas 75001-9013
517197510      +CIT Bank, N.A., fka OneWest Bank, N.A.,,     fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516802124      +Carrington Mortgage Service. Llc,     Po Box 3489,   Anaheim, CA 92803-3489
517057308      +Comerica Bank,    c/o Mark Pfeiffer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555
516802126      +Coray Kirby,    91 Phillips Road,    Newton, NJ 07860-5428
516831043      +HESAA,   PO Box 548,    Trenton, NJ 08625-0548
516802131      +Jonathan Davis, Esq.,    SHAPIRO & INGLE, LLP,    10130 Perimeter Parkway,    Suite 400,
                 Charlotte, NC 28216-0034
517576508       LoanCare, LLC, on behalf of CIT Bank, N.A.,     P.O. Box 37628, Philadelphia, PA 19101
517576509      +LoanCare, LLC, on behalf of CIT Bank, N.A.,     P.O. Box 37628, Philadelphia, PA 19101,
                 LoanCare, LLC, on behalf of CIT Bank, N.,    P.O. Box 37628, Philadelphia, PA 19101-0628
516802132       Mark Buday - Investigator,    NJ Division of Taxation,     Somerville Regional Office,
                 75 Veterans Memorial Dr. East - Ste 103,     Somerville, NJ 08876-2949
516833517      +NLCLASS,    PO Box 548,   Trenton, NJ 08625-0548
516802134      +OneWest Bank Mortgage Servicing,     Attn: Bankruptcy Dept,    2900 Esperanza Crossing,
                 Austin, TX 78758-3658
516802135      +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
516802136      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
517451617      +SGP Century LLC,    265 Ryan Street,    South Plainfield, NJ 07080-4208
516802137     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
516802139      +State Of Nj Highed Ed,    Po Box 543,    Trenton, NJ 08625-0543
516802140      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
516913680       US DEPARTMENT OF EDUCATION,     CLAIMS FILING UNIT,   PO BOX 8973,     MADISON, WI 53708-8973
516802141      +Us Dept Of Ed/Great Lakes Higher Educati,     Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517059892      +Wells Fargo Bank N.A., as Trustee, for Carrington,     C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
516879530       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,    IRVINE, CA 92623-9657
516871371       Wells Fargo Bank, N.A., d/b/a WFDS,     P.O. Box 19657,    Irvine, CA 92623-9657
516802143      +Wells Fargo Dealer Services,     Attn: Bankruptcy,   Po Box 19657,     Irvine, CA 92623-9657
516802144      +Zipload Inc. d/b/a Salt,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 23:23:36      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 23:23:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 23:28:49
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516802122      +E-mail/Text: banko@berkscredit.com Jul 06 2018 23:22:56      Berks Credit & Collections,
                 Po Box 329,   Temple, PA 19560-0329
516802123      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 23:28:03      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516802127      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 06 2018 23:24:27
                 Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
516802129       E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 23:22:52      Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
516802133      +E-mail/PDF: pa_dc_claims@navient.com Jul 06 2018 23:28:57      Navient,    Attn: Claims Dept,
                 Po Box 9500,   Wilkes- Barr, PA 18773-9500
517059546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 23:28:28
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517059555       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2018 23:28:28
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
516804543      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 23:28:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516802142      +E-mail/Text: collect@williamsalexander.com Jul 06 2018 23:23:00      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                               TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2018
                              Form ID: pdf901          Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061433         BBG RESTAURANT LLC
517077899         TWO JERSEY BOYS REAL ESTATE HOLDING LLC
cr*               Coray Kirby,    91 Phillips Road,    Newton, NJ  07860-5428
516802130*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516802138*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Division of Taxation,    ABC Licensing,
                   PO Box 245,    Trenton, NJ 08695-0245)
516839126*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
516802128        ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
                                                                                            TOTALS: 2, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
               MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
               ESTATE HOLDING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```