UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road  - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856

In Re:

  LAURIE BOYLE
  BRADLEY BOYLE
              DEBTOR

Order Filed on October 22, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-18935

Chapter:     13

Judge:     SHERWOOD

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/18/2018_____ :

Property:    57 Sleepy Hollow Road, Andover, NJ 07821

Creditor:    Wells Fargo/Carrington

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___1/15/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2