UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856

In Re:

LAURIE BOYLE
BRADLEY BOYLE
          DEBTOR

Order Filed on October 22, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-18935
Chapter: 13
Judge: SHERWOOD

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/18/2018_____ :

Property: 57 Sleepy Hollow Road, Andover, NJ 07821

Creditor: Wells Fargo/Carrington

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   1/15/19   .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Laurie S Boyle  
Bradley E Boyle  
    Debtors

Case No. 17-18935-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 22, 2018  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.  
db/jdb       +Laurie S Boyle,   Bradley E Boyle,   57 Sleepy Hollow Road,   Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:

            Charles G. Wohlrab     on behalf of Creditor     WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com, njbankruptcynotifications@logs.com  
            Denise E. Carlon     on behalf of Creditor     CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Jill   Manzo     on behalf of Creditor     BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com  
            Jill   Manzo     on behalf of Creditor     TWO JERSEY BOYS REAL ESTATE HOLDING LLC bankruptcy@feinsuch.com  
            John R. Morton, Jr.     on behalf of Creditor     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
            Jonathan C. Schwalb     on behalf of Creditor     JESSICA SMITH bankruptcy@feinsuch.com  
            Jonathan C. Schwalb     on behalf of Creditor     BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com  
            Marie-Ann  Greenberg     magecf@magtrustee.com  
            Mark D. Pfeiffer     on behalf of Creditor     Comerica Bank mark.pfeiffer@bipc.com, donna.curcio@bipc.com  
            Michael L. Wojcik     on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com  
            Rebecca Ann Solarz     on behalf of Creditor     CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB rsolarz@kmllawgroup.com  
            Scott D. Sherman     on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com  
            Scott D. Sherman     on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 14