SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-18935

| Re: | LAURIE S BOYLE | Atty: | SCOTT D. SHERMAN ESQ |
|---|---|---|---|
| | BRADLEY E BOYLE | | MINION & SHERMAN |
| | 57 SLEEPY HOLLOW ROAD | | 33 CLINTON ROAD, SUITE 105 |
| | ANDOVER,  NJ  07821 | | WEST CALDWELL, NJ  07006 |

## RECEIPTS AS OF 12/31/2018          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/30/2017 | $2,500.00 | 4084397000  - | 07/31/2017 | $2,500.00 | 4163363000  - |
| 08/21/2017 | $2,500.00 | 4218073000  - | 09/25/2017 | $1,000.00 | 4305868000  - |
| 10/02/2017 | $1,500.00 | 4324578000  - | 10/31/2017 | $2,500.00 | 4401832000  - |
| 12/12/2017 | $1,000.00 | 4514005000  - | 01/01/2018 | $1,500.00 | 4557203000  - |
| 01/12/2018 | $2,500.00 | 4586441000  - | 03/02/2018 | $3,000.00 | 4714283000  - |
| 04/03/2018 | $750.00 | 4806779000 | 06/11/2018 | $3,000.00 | 4983641000 |
| 07/02/2018 | $3,000.00 | 5039515000 | 08/06/2018 | $3,000.00 | 5131066000 |
| 09/14/2018 | $3,000.00 | 5232839000 | 10/11/2018 | $3,000.00 | 5304920000 |
| 12/10/2018 | $3,000.00 | 5458193000 | 12/13/2018 | $3,000.00 | 5465173000 |

**Total Receipts: $42,250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $42,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,228.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BERKS CREDIT & COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,971.87 | 0.00% | 0.00 | 0.00 |
| 0004 | CARRINGTON MORTGAGE SERVICES LLC | MORTGAGE ARRI | 47,137.06 | 100.00% | 0.00 | 0.00 |
| 0005 | CORAY KIRBY | SECURED | 129,865.73 | 100.00% | 0.00 | 0.00 |
| 0006 | CREDIT COLLECTIONS SVC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | RECEIVABLE MANAGEMENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | REMEX INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | US DEPT OF EDUCATION | UNSECURED | 8,209.78 | 0.00% | 0.00 | 0.00 |
| 0017 | NJCLASS | UNSECURED | 10,814.85 | 0.00% | 0.00 | 0.00 |
| 0018 | STATE OF NJ | PRIORITY | 19,243.55 | 0.00% | 0.00 | 0.00 |
| 0019 | STATE OF NJ | UNSECURED | 2,786.42 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-18935**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | HESAA | UNSECURED | 8,549.03 | 0.00% | 0.00 | 0.00 |
| 0022 | WAASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 555.24 | 100.00% | 0.00 | 0.00 |
| 0027 | STATE OF NJ | SECURED | 30,609.05 | 0.00% | 0.00 | 0.00 |
| 0028 | LOANCARE, LLC | MORTGAGE ARRI | 18,352.76 | 0.00% | 0.00 | 0.00 |
| 0029 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 224.71 | 100.00% | 0.00 | 0.00 |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,408.74 | 0.00% | 0.00 | 0.00 |
| 0032 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 762.40 | 0.00% | 0.00 | 0.00 |
| 0033 | CARMEN PIO COSTA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | COMERICA BANK | UNSECURED | 601,248.46 | 0.00% | 0.00 | 0.00 |
| 0035 | COMMERCIAL ACCEPTANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | TWO JERSEY BOYS REAL ESTATE HOLDI | UNSECURED | 52,394.00 | 0.00% | 0.00 | 0.00 |
| 0037 | SWIFT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | SWIFT CAPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | BBG RESTAURANT LLC | UNSECURED | 132,388.24 | 0.00% | 0.00 | 0.00 |
| 0040 | CIT BANK NA | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | 0.00 |
| 0041 | SGP CENTURY, LLC C/O KEVIN S KRYST | UNSECURED | 31,874.64 | 0.00% | 0.00 | 0.00 |
| 0042 | CIT BANK NA | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $2,228.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $42,250.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $2,228.00     =     Funds on Hand: $40,022.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.