**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>**LAURIE BOYLE**<br>**BRADLEY BOYLE,**<br><br>Debtors. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No.  17-18935 JKS<br><br>Chapter 13<br><br><br>**NOTICE OF MOTION FOR APPROVAL**<br>**OF POST-PETITION LOAN**<br>**MODIFICATION**<br><br>**Hearing Date:  2/28/2019 @ 10:00 a.m.** |

      The debtors have filed papers with the Court for an Order approving a post-petition mortgage loan modification pursuant to 11 U.S.C. §364 and Fed. R. Bankr. P. 4001(c) and for other such relief as the Court may deem appropriate.

      <u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult one.)**

      If you do not want the Court to approve the post-petition mortgage loan modification to 11 U.S.C. §364 and Fed. R. Bankr. P. 4001(c) or if you want the Court to consider your view on the motion, within seven (14) days from the filing of this motion you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your positions) at:

        United States Bankruptcy Court
        50 Walnut Street
        Newark, New Jersey 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive in, on, or before the date stated above.

You must also mail a copy to:

**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006

Marie-Ann Greenberg, Trustee
30 Two Bridges Road
Fairfield, NJ 07004

**ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE**

Honorable: John K. Sherwood
Date: 2/28/2019
Time: 10:00 a.m.
Place: United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07012

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the United States Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves commonly questions or law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

DATED: 1/28/2019                               MINION & SHERMAN

                                               /S/ Scott D. Sherman, ESQ.
                                               ------------------------------------
                                               SCOTT D. SHERMAN, ESQ.
                                               Attorney for the Debtor(s)