Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18935−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Laurie S Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Bradley E Boyle
57 Sleepy Hollow Road
Andover, NJ 07821

Social Security No.:
xxx−xx−3676

xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/19 at 10:00 AM

to consider and act upon the following:

**94** – Creditor's Certification of Default (related document:59 Order (Generic)) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 07/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re: Post Petition Payment HIstory # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**96** – Certification in Opposition to (related document:94 Creditor's Certification of Default (related document:59 Order (Generic)) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 07/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re: Post Petition Payment HIstory # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB) filed by Scott D. Sherman on behalf of Bradley E Boyle, Laurie S Boyle. (Sherman, Scott)

Dated: 6/27/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court