Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−18935−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laurie S Boyle                                   Bradley E Boyle
   57 Sleepy Hollow Road                  57 Sleepy Hollow Road
   Andover, NJ 07821                      Andover, NJ 07821

Social Security No.:
   xxx−xx−3676                                  xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/19 at 10:00 AM

to consider and act upon the following:

**94** − Creditor's Certification of Default (related document:59 Order (Generic)) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 07/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re: Post Petition Payment HIstory # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**96** − Certification in Opposition to (related document:94 Creditor's Certification of Default (related document:59 Order (Generic)) filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 07/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re: Post Petition Payment HIstory # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB) filed by Scott D. Sherman on behalf of Bradley E Boyle, Laurie S Boyle. (Sherman, Scott)

Dated: 6/27/19

                                                              Jeanne Naughton
                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-18935-JKS
Laurie S Boyle                                                         Chapter 13
Bradley E Boyle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 27, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                        Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
           MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
           Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE
           HOLDING, LLC bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
           bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
          Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
           ESTATE HOLDING, LLC bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
           donna.curcio@bipc.com
          Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
          Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
           West Bank, FSB rsolarz@kmllawgroup.com
          Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
          Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14