UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CIT Bank, et al.

In Re:

Laurie Boyle & Bradley Boyle,

Debtors.

Case No.:       17-18935-JKS

Chapter:              13

Hearing Date:     7/25/2019

Judge:            Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Creditor's Certification of Default (Docket # 94)

_____

Date: 7/24/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*