| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-(c)**<br>GURBIR S. GREWAL<br>Attorney General of New Jersey<br>Richard J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br> By: Ramanjit K. Chawla (RC 1181)<br>   Deputy Attorney General<br>   Phone (609)376-2862 | |
| In Re:<br><br>Laurie S. Boyle and Bradley E. Boyle,<br>                    Debtors. | Case No.: 17-18935 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: John K. Sherwood,    U.S.B.J. |

CERTIFICATE OF CONSENT REGARDING STATE OF NEW JERSEY, DIVISION OF TAXATION'S PROOFS OF CLAIM

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

                    GURBIR S. GREWAL
                    ATTORNEY GENERAL OF NEW JERSEY

            By:____/s/ Ramanjit K, Chawla_____
                    Ramanjit K. Chawla
Dated: 8/19/19        Deputy Attorney General