Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−18935−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Laurie S Boyle | Bradley E Boyle |
| 57 Sleepy Hollow Road | 57 Sleepy Hollow Road |
| Andover, NJ 07821 | Andover, NJ 07821 |

Social Security No.:
  xxx−xx−3676                                    xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 27, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2019
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-18935-JKS
Laurie S Boyle                                                              Chapter 13
Bradley E Boyle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Aug 27, 2019
                            Form ID: 148             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
cr             +Comerica Bank,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 Two Liberty Place,    50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
517061432      +BBC RESTAURANT LLC,    60 Canfield Ave.,    Randolph, NJ 07869-1826
516802125      +CBK Restaurants LLC,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
516847617      +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    P.O. Box 9013,    Addison, Texas 75001-9013
517197510      +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516802124      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517057308      +Comerica Bank,    c/o Mark Pfeiffer, Esq.,    Buchanan Ingersoll & Rooney PC,
                 50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555
516802126      +Coray Kirby,    91 Phillips Road,    Newton, NJ 07860-5428
516831043      +HESAA,    PO Box 548,    Trenton, NJ 08625-0548
516802128      +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
516802131      +Jonathan Davis, Esq.,    SHAPIRO & INGLE, LLP,    10130 Perimeter Parkway,    Suite 400,
                 Charlotte, NC 28216-0034
517576509      +LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101,
                 LoanCare, LLC, on behalf of CIT Bank, N.,    P.O. Box 37628, Philadelphia, PA 19101-0628
517576508       LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101
516802132       Mark Buday - Investigator,    NJ Division of Taxation,    Somerville Regional Office,
                 75 Veterans Memorial Dr. East - Ste 103,    Somerville, NJ 08876-2949
516833517      +NLCLASS,    PO Box 548,    Trenton, NJ 08625-0548
516802134      +OneWest Bank Mortgage Servicing,    Attn: Bankruptcy Dept,    2900 Esperanza Crossing,
                 Austin, TX 78758-3658
516802135      +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
516802136      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517451617      +SGP Century LLC,    265 Ryan Street,    South Plainfield, NJ 07080-4208
516802137     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
516802139      +State Of Nj Highed Ed,    Po Box 543,    Trenton, NJ 08625-0543
516802140      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
516913680       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
516802141      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517059892      +Wells Fargo Bank N.A., as Trustee, for Carrington,    C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
518400452      +Wells Fargo Bank N.A., as trustee,    C/O Carrington Mortgage Services, LLC,    PO BOX 3730,
                 Anaheim, California 92803-3730
516802144      +Zipload Inc. d/b/a Salt,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 28 2019 02:58:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
cr             +EDI: WFFC.COM Aug 28 2019 02:58:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
516802122      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 27 2019 23:31:45
                 Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
516802123      +EDI: CAPITALONE.COM Aug 28 2019 02:58:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516802127      +EDI: CCS.COM Aug 28 2019 02:58:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
516802129       EDI: IRS.COM Aug 28 2019 02:58:00      Internal Revenue Service,    955 S. Springfield Ave.,
                 Springfield, NJ 07081
516802133      +EDI: NAVIENTFKASMSERV.COM Aug 28 2019 02:58:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes- Barr, PA 18773-9500
517059546       EDI: PRA.COM Aug 28 2019 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517059555       EDI: PRA.COM Aug 28 2019 02:58:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
516804543      +EDI: RMSC.COM Aug 28 2019 02:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516802142      +E-mail/Text: collect@williamsalexander.com Aug 27 2019 23:30:26      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
516879530       EDI: WFFC.COM Aug 28 2019 02:58:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516871371         EDI: WFFC.COM Aug 28 2019 02:58:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                   Irvine, CA 92623-9657
516802143        +EDI: WFFC.COM Aug 28 2019 02:58:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                   Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061433         BBG RESTAURANT LLC
517077899         TWO JERSEY BOYS REAL ESTATE HOLDING LLC
cr*              Coray Kirby,   91 Phillips Road,   Newton, NJ  07860-5428
516802130*        Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516802138*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,   Division of Taxation,   ABC Licensing,
                   PO Box 245,   Trenton, NJ 08695-0245)
516839126*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                    TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:

```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
               MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
               bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE
               HOLDING, LLC bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
               ESTATE HOLDING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
               donna.curcio@bipc.com
              Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
               ramanjit.chawla@dol.lps.state.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15
```