| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **MINION & SHERMAN** **Attorneys at Law** **33 Clinton Road, Suite 105** **West Caldwell, New Jersey 07006** **Telephone: (973) 882-2424** **Telefax: (973) 882-0856** **Email:ssherman@minionsherman.com** **Scott D. Sherman** **Attorneys for the Debtor(s)** | Order Filed on August 27, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: LAURIE BOYLE BRADLEY BOYLE,         DEBTOR(S) | Case No.: 17-18935 JKS Chapter 13 Hearing Date: 8/22/2019 Judge:  JOHN K. SHERWOOD |

ORDER OF DISMISSAL

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**

**DATED: August 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
**Debtor: LAURIE BOYLE AND BRADLEY BOYLE, Debtor(s)**
**Case no.: 17-18935 JKS**
**Caption of Order: Order of Dismissal**

---

Upon the cross-motion of **LAURIE BOYLE AND BRADLEY BOYLE, Debtor(s),** pursuant to Section 1307(b) of the Bankruptcy Code and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order;

ORDERED that to the extent Debtor's counsel is owed money on the balance of his original retainer same shall be paid by the Chapter 13 from funds on hand to the extent available;

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order;

Pursuant to 11 U.S.C. Section 349(b) this court retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-18935-JKS
Laurie S Boyle  Chapter 13
Bradley E Boyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
db/jdb         +Laurie S Boyle,    Bradley E Boyle,    57 Sleepy Hollow Road,    Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jill  Manzo    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com
      Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC bankruptcy@feinsuch.com
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
      Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE HOLDING, LLC bankruptcy@feinsuch.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com, donna.curcio@bipc.com
      Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
      Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us
      Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB rsolarz@kmllawgroup.com
      Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
      Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 15