Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18935−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laurie S Boyle                                         Bradley E Boyle
  57 Sleepy Hollow Road                        57 Sleepy Hollow Road
  Andover, NJ 07821                                Andover, NJ 07821

Social Security No.:
  xxx−xx−3676                                           xxx−xx−8180

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        9/27/19
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman

COMMISSION OR FEES
$7,800.00

EXPENSES
$40.00.

If this is a chapter 13 case, the fees and expenses awarded:

      ☑     will not reduce the amount to be paid to general unsecured
               creditors under the plan.

      ☐     will reduce the amount to be paid to general unsecured
               creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 9, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 17-18935-JKS
Laurie S Boyle                                               Chapter 13
Bradley E Boyle
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin            Page 1 of 2          Date Rcvd: Sep 09, 2019
                            Form ID: 137           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db/jdb         +Laurie S Boyle,    Bradley E Boyle,   57 Sleepy Hollow Road,    Andover, NJ 07821-3327
cr             +Comerica Bank,    Buchanan Ingersoll & Rooney PC,    ATTN: Mark Pfeiffer, Esq.,
                 Two Liberty Place,    50 S. 16th Street, Suite 3200,    Philadelphia, PA 19102-2555
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517061432      +BBC RESTAURANT LLC,    60 Canfield Ave.,   Randolph, NJ 07869-1826
516802125      +CBK Restaurants LLC,    57 Sleepy Hollow Road,   Andover, NJ 07821-3327
516847617      +CIT Bank, N.A.,    fka OneWest Bank, N.A.,,    P.O. Box 9013,   Addison, Texas 75001-9013
517197510      +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516802124      +Carrington Mortgage Service. Llc,    Po Box 3489,   Anaheim, CA 92803-3489
517057308      +Comerica Bank,    c/o Mark Pfeiffer, Esq.,   Buchanan Ingersoll & Rooney PC,
                 50 S. 16th St., Ste. 3200,    Philadelphia, PA 19102-2555
516802126      +Coray Kirby,    91 Phillips Road,   Newton, NJ 07860-5428
516831043      +HESAA,   PO Box 548,    Trenton, NJ 08625-0548
516802128      +Indymac Bank,    7700 W Parmer Ln,   Bldg D 2nd Floor,    Austin, TX 78729-8103
516802131      +Jonathan Davis, Esq.,    SHAPIRO & INGLE, LLP,   10130 Perimeter Parkway,    Suite 400,
                 Charlotte, NC 28216-0034
517576509      +LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101,
                 LoanCare, LLC, on behalf of CIT Bank, N.,    P.O. Box 37628, Philadelphia, PA 19101-0628
517576508       LoanCare, LLC, on behalf of CIT Bank, N.A.,    P.O. Box 37628, Philadelphia, PA 19101
516802132       Mark Buday - Investigator,    NJ Division of Taxation,    Somerville Regional Office,
                 75 Veterans Memorial Dr.  East - Ste 103,    Somerville, NJ 08876-2949
516833517      +NLCLASS,   PO Box 548,    Trenton, NJ 08625-0548
516802134      +OneWest Bank Mortgage Servicing,    Attn: Bankruptcy Dept,    2900 Esperanza Crossing,
                 Austin, TX 78758-3658
516802135      +Receivable Management,    240 Emery St,   Bethlehem, PA 18015-1980
516802136      +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
517451617      +SGP Century LLC,    265 Ryan Street,   South Plainfield, NJ 07080-4208
516802137     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                 PO Box 269,   Trenton, NJ 08695)
516802139      +State Of Nj Highed Ed,    Po Box 543,   Trenton, NJ 08625-0543
516802140      +State Of Nj Student As,    Po Box 543,   Trenton, NJ 08625-0543
516913680       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
516802141      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517059892      +Wells Fargo Bank N.A., as Trustee, for Carrington,    C/O Carrington Mortgage Services, LLC,
                 1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
518400452      +Wells Fargo Bank N.A., as trustee,    C/O Carrington Mortgage Services, LLC,    PO BOX 3730,
                 Anaheim, California 92803-3730
516879530       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
516871371       Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
516802143      +Wells Fargo Dealer Services,    Attn: Bankruptcy,   Po Box 19657,    Irvine, CA 92623-9657
516802144      +Zipload Inc. d/b/a Salt,    57 Sleepy Hollow Road,   Andover, NJ 07821-3327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 00:16:00
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516802122      +E-mail/Text: EBN_Greensburg@Receivemoremp.com Sep 10 2019 00:08:57
                 Berks Credit & Collections,    Po Box 329,   Temple, PA 19560-0329
516802123      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 00:17:18      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
516802127      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 10 2019 00:08:40
                 Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
516802129       E-mail/Text: cio.bncmail@irs.gov Sep 10 2019 00:07:00      Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
516802133      +E-mail/PDF: pa_dc_claims@navient.com Sep 10 2019 00:16:17      Navient,    Attn: Claims Dept,
                 Po Box 9500,   Wilkes- Barr, PA 18773-9500
517059546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 00:17:23
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517059555       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 00:16:46
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
516804543      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 00:16:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                  Date Rcvd: Sep 09, 2019
                                      Form ID: 137                   Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516802142       +E-mail/Text: collect@williamsalexander.com Sep 10 2019 00:07:11      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061433         BBG RESTAURANT LLC
517077899         TWO JERSEY BOYS REAL ESTATE HOLDING LLC
cr*              Coray Kirby,    91 Phillips Road,    Newton, NJ  07860-5428
516802130*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516802138*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    ABC Licensing,
                   PO Box 245,    Trenton, NJ 08695-0245)
516839126*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
                                                                                       TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON
           MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
           Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    TWO JERSEY BOYS REAL ESTATE HOLDING LLC
           bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL ESTATE
           HOLDING, LLC bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    JESSICA SMITH bankruptcy@feinsuch.com
          Jonathan C. Schwalb    on behalf of Creditor    BBG RESTAURANT, LLC, and TWO JERSEY BOYS REAL
           ESTATE HOLDING, LLC bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark D. Pfeiffer    on behalf of Creditor    Comerica Bank mark.pfeiffer@bipc.com,
           donna.curcio@bipc.com
          Michael L. Wojcik    on behalf of Creditor Coray  Kirby mlwojcik@embarqmail.com
          Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
           ramanjit.chawla@dol.lps.state.nj.us
          Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
           West Bank, FSB rsolarz@kmllawgroup.com
          Scott D. Sherman    on behalf of Debtor Laurie S Boyle ssherman@minionsherman.com
          Scott D. Sherman    on behalf of Joint Debtor Bradley E Boyle ssherman@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 15
```